**B1 (Official Form 1) (12/11)**

| United States Bankruptcy Court FOR THE DISTRICT OF IDAHO | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Beaudry, Stephen G. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Beaudry, Stephanie J. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 7539 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 6240 |
| Street Address of Debtor (No. and Street, City, and State)<br>1360 Bruin Loop<br>Hayden, ID     ZIPCODE 83835 | Street Address of Joint Debtor (No. and Street, City, and State)<br>1360 Bruin Loop<br>Hayden, ID     ZIPCODE 83835 |
| County of Residence or of the Principal Place of Business:<br>Kootenai | County of Residence or of the Principal Place of Business:<br>Kootenai |
| Mailing Address of Debtor (if different from street address):<br>    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>    ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
motor cycle sales

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/1/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2012©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Stephen G. Beaudry & Stephanie J. Beaudry |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:   Western District of Washington | Case Number: <br> unknown | Date Filed: <br> many years ago |
| Location <br> Where Filed:   N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:   NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td colspan="2" align="center"><b>Exhibit A</b></td></tr>
<tr><td>
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.
</td>
<td>
<b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____<br>    Signature of Attorney for Debtor(s)      Date
</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue** <br> (Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____<br>
(Name of landlord that obtained judgment)

_____<br>
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (12/11) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Stephen G. Beaudry & Stephanie J. Beaudry |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Stephen G. Beaudry
Signature of Debtor

X /s/ Stephanie J. Beaudry
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

05/23/2012
Date

### Signature of Attorney*

X /s/ Stephen B McCrea
Signature of Attorney for Debtor(s)

STEPHEN B MCCREA 1654
Printed Name of Attorney for Debtor(s)

Firm Name

PO Box 1501
Address

Coeur d'Alene ID 83816-1501

(208)666-2594   sbmccrea@adelphia.net
Telephone Number                    e-mail

05/23/2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

(Date)

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

In re Stephen G. Beaudry & Stephanie J.
_____ Beaudry _____
Debtor(s)

Case No._____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B1 D (Official Form 1, Exh. D) (12/09) – Cont.                                                    Page 2

☐  3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____/s/ Stephen G. Beaudry_____
                              STEPHEN G. BEAUDRY

Date:  ____05/23/2012_____

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF IDAHO

In re Stephen G. Beaudry & Stephanie J.
Beaudry _____
Debtor(s)

Case No._____
(if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

❏  3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
    ❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor: _____ /s/ Stephanie J. Beaudry _____
STEPHANIE J. BEAUDRY

Date: _____05/23/2012_____

Bankruptcy2012©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

**B6A (Official Form 6A) (12/07)**

In re  Stephen G. Beaudry & Stephanie J. Beaudry                                       Case No. _____
                            **Debtor**                                                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6B (Official Form 6B) (12/07)

In re    Stephen G. Beaudry & Stephanie J. Beaudry       Case No. _____

           **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

       **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

       If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Personal Checking Acct *3095 | C | 9.82 |
| | | Beaudry Motor Sports Business Checking Account *1207 (Signer only) | C | Unknown |
| | | Bank of America | | |
| | | George Beaudry is owner of account | | |
| | | Bank of America Personal Checking Acct *9917 | C | 7.83 |
| | | Mt West Bank Personal Checking Acct *2344 | C | 3.66 |
| | | Mt West Bank Personal Checking Acct *1969 | C | 12.41 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 10' marble and gladd table with chairs | C | 500.00 |
| | | Randy Bohn | | |
| | | Refrigerator 200.00, Microwave 20.00 | C | 220.00 |
| | | Residence | | |
| | | (2) sofas 500.00, table & chairs 500.00, bed 400.00, dresser 200.00, side chair 50.00, TV cabinet 75.00 | C | 1,725.00 |
| | | Residence | | |
| | | Dish cabinet 200.00, (2) chairs 150.00, desk 100.00, side table 30.00, storage cabinet 50.00, | C | 530.00 |
| | | Residence | | |

**B6B (Official Form 6B) (12/07) - Cont.**

In re  Stephen G. Beaudry & Stephanie J. Beaudry                          Case No. _____
_____
            **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Wearing apparel<br>Residence | C | 500.00 |
| 7.  Furs and jewelry. | | Watch 25.00, watch 200.00<br>Residence | C | 225.00 |
| | | Ring<br>Residence | C | 1,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Glock 36<br>Residence | C | 350.00 |
| | | Glock 21<br>Residence | C | 350.00 |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance (Steve)<br>New York Life Insurance Company<br>POB 130539<br>Dallas, TX 75313-0539 | C | 22.94 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | 100% Interest in Beaudry Motors Inc dba Beaudry Motorsports<br>Assets include 1997 Subaru Legacy | C | 0.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

**B6B (Official Form 6B) (12/07) – Cont.**

In re  <u>Stephen G. Beaudry & Stephanie J. Beaudry</u>          Case No. _____
                        **Debtor**                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 49% Interest in BMS Inc | C | 98,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Claim against Kawasaki Motors Corp for interference w/contract | C | 1,000,000.00 |
| | | Claim against BMS Inc for back pay (Stephen) | C | 45,000.00 |
| | | Claim against Randy Bohn for microwave, (2) personal computers and mini refrigerator | C | 1,300.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | (27) Provisional Patents on California Highway Patrol motorcycles Attorney Robert Hyta Spokane, WA | C | 81,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Aprilia Scooter 50cc | C | 300.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6B (Official Form 6B) (12/07) -- Cont.

In re __Stephen G. Beaudry & Stephanie J. Beaudry__          Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Residence | | |
| | | 2008 KTM SX505 dirt bike | C | 1,000.00 |
| | | Residence | | |
| | | 2008 Ford Expedition | C | 24,475.00 |
| | | Residence | | |
| 26. Boats, motors, and accessories. | | Tires | C | 397.37 |
| | | Residence | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Mechanics tools (sockets, wrenches, pliers, drills) | C | 900.00 |
| | | Residence | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | (2) dogs | C | 0.00 |
| | | Residence | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Stephen and Stephanie Family Trust | C | 0.00 |

                 __0__    continuation sheets attached    Total    $   1,257,829.03

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

**B6C (Official Form 6C)  (04/10)**

In re    Stephen G. Beaudry & Stephanie J. Beaudry                              Case No. _____
_____                                                 _____
**Debtor**                                                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐    11 U.S.C. § 522(b)(2)                              ☐    Check if debtor claims a homestead exemption that exceeds
☑    11 U.S.C. § 522(b)(3)                                        $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 10' marble and gladd table with chairs | (Husb)IC§11-605(1)(a) | 500.00 | 500.00 |
| Refrigerator 200.00, Microwave 20.00 | (Wife)IC§11-605(1)(a) | 220.00 | 220.00 |
| Wearing apparel | (Wife)IC§11-605(1)(b) | 500.00 | 500.00 |
| Watch 25.00, watch 200.00 | (Husb)IC§11-605(2) | 225.00 | 225.00 |
| Ring | (Wife)IC§11-605(2) | 1,000.00 | 1,000.00 |
| Glock 36 | (Husb)IC§11-605(8) | 350.00 | 350.00 |
| Glock 21 | (Wife)IC§11-605(8) | 350.00 | 350.00 |
| Life Insurance (Steve) | (Husb)IC 11-605(10) | 0.00 | 22.94 |
| 2003 Aprilia Scooter 50cc | (Wife)IC§11-605(3) | 300.00 | 300.00 |
| 2008 KTM SX505 dirt bike | (Husb)IC 11-605(11)<br>(Wife)IC 11-605(11) | 800.00<br>200.00 | 1,000.00 |
| 2008 Ford Expedition | (Husb)IC§11-605(3) | 7,000.00 | 24,475.00 |
| Mechanics tools (sockets, wrenches, pliers, drills) | (Husb) IC §11-605(3) | 900.00 | 900.00 |
| (2) dogs | (Husb)IC§11-605(1)(b) | 0.00 | 0.00 |
| (2) sofas 500.00, table & chairs 500.00, bed 400.00, dresser 200.00, side chair 50.00, TV cabinet 75.00 | (Husb)IC§11-605(1)(a) | 1,725.00 | 1,725.00 |
| Dish cabinet 200.00, (2) chairs 150.00, desk 100.00, side table 30.00, storage cabinet 50.00, | (Wife)IC§11-605(1)(a) | 530.00 | 530.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**B6C (Official Form 6C)  (04/10) -- Cont.**

In re   Stephen G. Beaudry & Stephanie J. Beaudry                        Case No. _____
              **Debtor**                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Claim against BMS Inc for back pay (Stephen) | (Husb)IC 11-605(12) | 1,500.00 | 45,000.00 |
| Claim against Randy Bohn for microwave, (2) personal computers and mini refrigerator | (Wife)IC§11-605(1)(a) | 1,300.00 | 1,300.00 |
| | Total exemptions claimed: | 17,400.00 | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

**B6D (Official Form 6D) (12/07)**

In re _____Stephen G. Beaudry & Stephanie J. Beaudry_____,    Case No. _____

             **Debtor**    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3985<br><br>Les Schwab<br>POB 1238<br>Priest River, ID 83856 | | C | Lien: PMSI<br>Security: tires<br>TOT Chapman Financial Services Inc<br><br>VALUE $            397.37 | | | | 397.37 | 0.00 |
| ACCOUNT NO. 0700<br><br>Wells Fargo Equipment Finance<br>1350 Energy Lane Suite 200<br>St Paul, MN 55108 | | C | Security: 2008 Ford Expedition<br><br><br>VALUE $            0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 0700<br><br>Wells Fargo Equipment Finance<br>1540 West Fountainhead Pkwy<br>Tempe, AZ 85282 | | C | Lien: PMSI<br>Security: 2008 Ford Expedition<br><br><br>VALUE $            24,475.00 | | | | 25,000.00 | 525.00 |

    __0__ continuation sheets attached

|  | Subtotal ▶<br>(Total of this page) | $ | 25,397.37 | $ | 525.00 |
|---|---|---|---|---|---|
|  | Total ▶<br>(Use only on last page) | $ | 25,397.37 | $ | 525.00 |

                                             (Report also on<br>                    Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6E (Official Form 6E) (04/10)

In re _____,    Case No._____
       Stephen G. Beaudry & Stephanie J. Beaudry

                 Debtor                                            (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6E (Official Form 6E) (04/10) - Cont.**

In re___Stephen G. Beaudry & Stephanie J. Beaudry_____,      Case No._____
　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

☐　**Certain farmers and fishermen**

　　Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐　**Deposits by individuals**

　　Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑　**Taxes and Certain Other Debts Owed to Governmental Units**

　　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐　**Commitments to Maintain the Capital of an Insured Depository Institution**

　　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐　**Claims for Death or Personal Injury While Debtor Was Intoxicated**

　　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

　　*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_2_　**continuation sheets attached**

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6E (Official Form 6E) (04/10) - Cont.

In re   Stephen G. Beaudry & Stephanie J. Beaudry_____,     Case No. _____
                      **Debtor**                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6003<br><br>Arizona Dept of Revenue<br>Attn Collections Division<br>POB 29070<br>Phoenix, AZ 85038-9070 | | C | Incurred: 2011<br>Business debt on<br>Beaudry Motors Inc | | | | 8,299.40 | 8,299.40 | 0.00 |
| ACCOUNT NO.<br><br>California State Board of Equalization<br>Account Information Group MIC:29<br>POB 942879<br>Sacramento, CA 94279-0029 | | C | Consideration: sales tax<br>Business debt on<br>Beaudry Motors Inc | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO.  2-08<br><br>Idaho State Tax Commission<br>POB 36<br>Boise, ID 83722-0410 | | C | Incurred: 2010<br>Consideration: Sales tax<br>Business debt on<br>Beaudry Motorsports | | | | 15,992.54 | 15,992.54 | 0.00 |
| ACCOUNT NO.  2-09<br><br>Idaho State Tax Commission<br>POB 36<br>Boise, ID 83722-0410 | | C | Consideration:<br>Personal Income tax<br>withholding | | | | 3,915.00 | 3,915.00 | 0.00 |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ► $ 28,206.94 | $ 28,206.94 | $ 0.00
(Totals of this page)

Total ► $
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)

Totals ► $ | $ | $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6E (Official Form 6E) (04/10) - Cont.

In re  Stephen G. Beaudry & Stephanie J. Beaudry ,    Case No. _____
_____Debtor_____         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346 | C | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.  mult Kootenai County Treasurer POB 6700 Coeur d Alene, ID 83816-6700 | C | | Incurred: 2010 Consideration: property taxes | | | | 93,609.66 | 93,609.66 | 0.00 |
| ACCOUNT NO. SC Comptroller General 1200 Senate Street 305 Wade Hampton Office Building Columbia, SC  29201 | C | | Consideration: sales tax Business debt on Beaudry Motors Inc | | | | 3,209.99 | 3,209.99 | 0.00 |
| ACCOUNT NO. Washington Dept of Revenue Bankruptcy Claims Unit 2101 Fourth Ave Ste 1400 Seattle, WA 98121-2379 | C | | Consideration: sales tax Business Debt on Beaudry Motors Inc | | | | 1,923.31 | 1,923.31 | 0.00 |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 98,742.96 | $ 98,742.96 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ 126,949.90 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 126,949.90 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re   Stephen G. Beaudry & Stephanie J. Beaudry,          Case No. _____
_____
            Debtor                                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AFCO<br>4501 College Blvd Ste 320<br>Leawood, KS 66211 | | C | Business Debt on Beaudry Motors Inc | | | | 6,655.90 |
| ACCOUNT NO.<br><br>Afni Inc<br>POB 3517<br>Bloomington, IL 61702-3517 | | C | Collecting for Dish Network | | | | Notice Only |
| ACCOUNT NO.  4678<br><br>AllianceOne Receivables Management Inc<br>6565 Kimball Dr Ste 200<br>Gig Harbor, WA 98335 | | C | Consideration: NSF checks<br>Business Debt on Beaudry Motorsports<br>Collecting for Dept of Licensing | | | | Notice Only |
| ACCOUNT NO.<br><br>Andy and Christie Hartin<br>377 E Lacey Ave<br>Hayden, ID 83835 | | C | | | | | Unknown |

___27___ continuation sheets attached

Subtotal ► $          6,655.90

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Stephen G. Beaudry & Stephanie J. Beaudry  ,          Case No. _____
                    **Debtor**                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Associated Recovery Systems<br>POB 469046<br>Escondido, CA 92046-9046 | | C | Collecting for Staples Credit Plan/Citibank | | | | Notice Only |
| ACCOUNT NO.  5136<br><br>Avista<br>1411 E Mission Ave<br>Spokane, WA 99252-0001 | | C | Consideration: Utilities<br>Business Debt on Beaudry Motorsports<br>TOT Valley Empire Collection | | | | 2,886.69 |
| ACCOUNT NO.  5-26<br><br>Bank of America<br>Dispute Resolution Services<br>POB 53137<br>Phoenix, AZ 85072-3137 | | C | | | | | 299.99 |
| ACCOUNT NO.  0819<br><br>Bank of America<br>POB 301200<br>Los Angeles, CA 90030-1200 | | C | Consideration: Credit card debt | | | X | 23,241.76 |
| ACCOUNT NO.  2726<br><br>Bank of America Business Card<br>POB 15710<br>Wilmington, DE 19886-5710 | X | C | Consideration: Credit card debt<br>Business Debt on BMS Inc<br>TOT Mercantile Adjustment Bureau LLC, Focus Receivables Management<br>& Creditors Financial Group | | | | 8,395.46 |

Sheet no.  1  of  27  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $ | 34,823.90

Total ▶  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Stephen G. Beaudry & Stephanie J. Beaudry    ,    Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6924<br><br>Bank of America Business Card<br>POB 15710<br>Wilmington, DE 19886-5710 | C | | Consideration: Credit card debt<br>Business Debt on Xact Interiors | | | | 4,119.72 |
| ACCOUNT NO.<br><br>Battery Systems Inc<br>Dept 1121<br>Los Angeles, CA 90084-1121 | C | | Consideration: Revolving charge account<br>Business Debt on Beaudry Motorsports | | | | 181.44 |
| ACCOUNT NO.  1692<br><br>BDO<br>POB 31001-0860<br>Pasadena, CA 91110-0860 | C | | Consideration: Revolving charge account<br>Business Debt on Beaudry Motorsports | | | | 810.00 |
| ACCOUNT NO.  964<br><br>Bear Creek Owners Association<br>POB 188<br>Hayden Lake, ID 83835-0188 | C | | Incurred: 2008  2009<br>Consideration: Dues and fees | | | X | 1,520.00 |
| ACCOUNT NO.<br><br>Beaus Lawn & Garden<br>Mark S Lee<br>10431 N Huetter Rd<br>Rathdrum, ID 83858 | C | | | | | X | 9,097.72 |

Sheet no. __2__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  15,728.88

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Stephen G. Beaudry & Stephanie J. Beaudry                ,        Case No. _____
                  **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9657<br><br>BLD Loan Accounting ID 88258<br>MAC U1851-014<br>POB 7666<br>Boise, ID 83707 | C | | Consideration: Wells Fargo SBA loan TOT Perry Law | | | | Notice Only |
| ACCOUNT NO.<br><br>Bruce Anderson Attorney<br>POB 1049<br>Sandpoint, ID 83864 | C | | Consideration: legal fees | | | | 365.50 |
| ACCOUNT NO.<br><br>Cameron Phillips PA<br>924 Sherman Ave<br>Coeur d Alene, ID 83814 | C | | Attorney for Federated Mutual Insurance Company | | | | Notice Only |
| ACCOUNT NO.<br><br>Capital Insurance Company<br>1600 Aspen Commons<br>Middleton, WI 53 | | | Consideration: Credit card debt claim # 159016-01 | | | | 2,018.16 |
| ACCOUNT NO.<br><br>Car Toys<br>6709 N Division St<br>Spokane, WA 99208 | C | | Consideration: Revolving charge account Business Debt on Beaudry Motorsports | | | | 732.84 |

Sheet no. __3__ of _27_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    3,116.50

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Stephen G. Beaudry & Stephanie J. Beaudry_____,        Case No. _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8185 <br><br> CDA Garbage Post Falls Sanitation c/o Chapman Fianacial Services Inc POB 7100 Coeur d Alene, ID 83816 | | | Business Debt on Beaudry Motorsports Assignee of CDA Garbage Post Falls Sanitation | | | | 193.82 |
| ACCOUNT NO. <br><br> CDA Press 201 N 2nd Street Coeur d Alene, ID 83814 | C | | Business Debt on Beaudry Motorsports | | | | 2,178.85 |
| ACCOUNT NO. <br><br> Chapman Fianacial Services Inc POB 7100 Coeur d Alene, ID 83816 | C | | Collecting for CDA Garbage/PF Sanitation, Kootenai Solid Waste & Les Schwab Tire Priest River | | | | Notice Only |
| ACCOUNT NO.  4200 <br><br> City of Post Falls POB 789 Post Falls, ID 83877-0789 | C | | Business Debt on Beaudry Motorsports | | | | 708.22 |
| ACCOUNT NO.  0396 <br><br> CMG Supp Srv San Diego SBA 88872 MAC T7422-012 POB 659700 San Antonio, TX | C | | Consideration: Wells Fargo SBA TOT Perry Law | | | | Notice Only |

Sheet no. __4__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 3,080.89

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Stephen G. Beaudry & Stephanie J. Beaudry            ,        Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  mult<br><br>Comcast Spotlight<br>18 W Mercer St Ste 100<br>Seattle, WA 98119 | | C | Business Debt on Beaudry Motorsports | | | | 11,931.00 |
| ACCOUNT NO.<br><br>Commercial Collectors Inc<br>POB 337<br>Montrose,MN 55363 | | C | Collecting for Federated Mutual Insurance Co<br>Business Debt on Beaudry Motors Inc | | | | Notice Only |
| ACCOUNT NO.<br><br>Creative Cycle<br>POB 1625<br>Bothel, WA 98041-1625 | | C | Business Debt on Beaudry Motorsports | | | | 609.33 |
| ACCOUNT NO.<br><br>Creditors Financial Group<br>POB 440290<br>Aurora, CO 80044-0290 | | C | Assignee of Nordstrom & Bank of America Business Card | | | | Notice Only |
| ACCOUNT NO.<br><br>Crown Real Estate Investments LLC<br>6727 N Snowberrn St<br>Coeur d Alene, ID 83815 | | | Consideration: personal loan | | | | 67,881.13 |

Sheet no. __5__ of __27__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 80,421.46

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Stephen G. Beaudry & Stephanie J. Beaudry___,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Cycle News <br> POB 3856 <br> Norfolk, VA 23514-3096 | | C | Business Debt on Beaudry Motorsports | | | | 464.80 |
| ACCOUNT NO.  2701 <br><br> Cycle Trader <br> POB 3856 <br> Norfolk, VA 23514-3096 | | C | Business Debt on Beaudry Motorsports | | | | 2,160.00 |
| ACCOUNT NO. <br><br> Cycle World <br> 1499 Monrovia Ave <br> Newport Beach, CA 92663 | | C | Business Debt on Beaudry Motorsports | | | | 1,233.79 |
| ACCOUNT NO.  7245 <br><br> Cyclops Distributing <br> POB 215 <br> Rosalia, WA 99170 | | C | Consideration: Revolving charge account <br> Business Debt on Beaudry Motorsports | | | | 183.37 |
| ACCOUNT NO.  2496 <br><br> Dealer Spike <br> POB 2714 <br> Wilsonville, OR 97070 | | C | Business Debt on Beaudry Motorsports | | | | 599.00 |

Sheet no. __6__ of __27__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 4,640.96

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Stephen G. Beaudry & Stephanie J. Beaudry                ,        Case No. _____
                        **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Defender Motors LLC<br>3737 Mingo Rd Ste 104<br>Denton, TX 76208 | C | | Business Debt on Beaudry Motorsports | | | X | 188,000.00 |
| ACCOUNT NO.<br><br>Defender Supply<br>3737 Mingo Rd Ste 104<br>Denton, TX 76208 | C | | Business Debt on Beaudry Motorsports | | | X | Unknown |
| ACCOUNT NO.<br><br>Dept of Licensing<br>c/o AllianceOne Receivables<br>6565 Kimball Dr Ste 200<br>Gig Harbor, WA 98335 | C | | Collector for Dept of Licensing<br>Business Debt on Beaudry Motorsports | | | | 1,420.85 |
| ACCOUNT NO. 6121<br><br>Dex Media West Inc<br>POB 79167<br>Phoenix, AZ 85062-9167 | C | | Business Debt on Beaudry Motorsports | | | | 5,221.56 |
| ACCOUNT NO.<br><br>Dickinson Insurance<br>609 N Syringa St<br>Post Falls, ID 83854 | C | | Business Debt on Beaudry Motorsports | | | | 3,369.42 |

Sheet no. _7_ of _27_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 198,011.83

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Stephen G. Beaudry & Stephanie J. Beaudry      ,          Case No. _____
            **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dish Network<br>Dept 0063<br>Palantine, IL 60055-0063 | | C | TOT Afni Inc | | | | 450.69 |
| ACCOUNT NO.<br><br>Donna Bohn<br>225704 Dolelson Rd<br>Kennewick, WA 99336 | | | | | | X | Unknown |
| ACCOUNT NO.<br><br>Drake Beaudry<br>1360 Bruin Loop<br>Hayden, ID 83835 | | C | | | | | Unknown |
| ACCOUNT NO.<br><br>Ducati North America Inc<br>c/o Skinner Fawcett Law Offices<br>POB 700<br>Boise, ID 83701 | | C | Consideration: Judgement CV-2009-10121<br>Attorneys for Ducati North America Inc | | | | 41,288.73 |
| ACCOUNT NO.  3100<br><br>Ed Tucker Distsributor Inc<br>Tucker Rocky/Euler Hermes UMA Inc<br>369 Pine St Ste 410<br>San Francisco, CA 94104 | | C | Consideration: CV2011-8267<br>Business Debt on Beaudry Motorsports<br>TOT Skinner Fawcett LLP | | | X | 13,720.56 |

Sheet no.  8  of  27  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 55,459.98

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30580-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Stephen G. Beaudry & Stephanie J. Beaudry                ,     Case No. _____
            **Debtor**                                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Empire Vending Inc<br>11402 E Montgomery Dr<br>Spokane Valley, WA 99206 | C | | Consideration: Revolving charge account<br>Business Debt on Beaudry Motors Inc | | | | 493.28 |
| ACCOUNT NO.<br><br>Enduro Engineering<br>6081 S Martin Luther King Jr Blvd<br>Lansing, MI 48911-4607 | C | | Business Debt on Beaudry Motorsports | | | | 177.90 |
| ACCOUNT NO.<br><br>Enforcement Motors<br>11549 N Reed Rd<br>Hayden, ID 83835 | C | | | | | | Unknown |
| ACCOUNT NO.<br><br>Eric Hove<br>c/o Defender Motors LLC<br>3737 Mingo Rd Ste 104<br>Denton, TX 76208 | C | | Business Debt on Beaudry Motorsports | | | X | Unknown |
| ACCOUNT NO.<br><br>Fasteners<br>5220 E Broadway<br>Spokane Valley, WA 99212 | C | | | | | | 7,145.39 |

Sheet no. __9__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                  Subtotal ➤   $    7,816.57

                                                    Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Stephen G. Beaudry & Stephanie J. Beaudry            ,          Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Federated Mutual Insurance Company<br>POB 328<br>Owatonna, MN 55060 | C | | Business Debt on Beaudry Motorsports | | | | Notice Only |
| ACCOUNT NO.<br><br>Federated Mutual Insurance Company<br>POB 35910<br>Phoenix, AZ 85069 | C | | Business Debt on Beaudry Motors Inc<br>TOT Cameron Phillips PA & Commercial Collectors Inc | | | | 13,330.00 |
| ACCOUNT NO.   8384<br><br>FedEx<br>POB 5000<br>Green, OH 44232-5000 | C | | Business Debt on Beaudry Motorsports | | | | 11,741.62 |
| ACCOUNT NO.<br><br>Firespeed<br>23482 Peralta Dr<br>Laguna Hills, CA 92653 | C | | Business Debt on Beaudry Motorsports | | | | 380.00 |
| ACCOUNT NO.   4887<br><br>First Data Merchant Services<br>POB 17548<br>Denver, CO 80217-7548 | C | | Consideration: Credit card processing fees<br>Business Debt on Beaudry Motorsports<br>TOT Transworld Systems Inc | | | | 8,337.64 |

Sheet no.   10   of  27   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $   33,789.26

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30850-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Stephen G. Beaudry & Stephanie J. Beaudry_____,      Case No. _____
                    **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2726<br><br>Focus Receivables Management<br>POB 725069<br>Atlanta, GA 31139-2069 | C | | Assignee of Bank of America Business Card | | | | Notice Only |
| ACCOUNT NO.<br><br>Friction Zone<br>60166 Hop Patch Spring Rd<br>Mountain Center, CA 92561 | C | | Business Debt on Beaudry Motorsports | | | | 450.52 |
| ACCOUNT NO.  4086<br><br>GE Capital<br>POB 802585<br>Chicago, IL 60680-2585 | C | | Business Debt on Beaudry Motors Inc | | | | 10,853.80 |
| ACCOUNT NO.  6594<br><br>GE Commercial Distibution Finance<br>c/o Euler Hermes UMA<br>600 South 7th Street<br>Louisville, KY 40201 | C | | Business Debt on Beaudry Motorsports | | | X | 80,221.93 |
| ACCOUNT NO.<br><br>George Beaudry<br>4551 Inverness<br>Post Falls, ID 83854 | C | | Consideration: Credit card debt | | | | Unknown |

Sheet no. __11__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 91,526.25

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Stephen G. Beaudry & Stephanie J. Beaudry           ,        Case No. _____
                            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Global Enforcement Motors 11549 N Reed Rd Hayden, ID 83835 | C | | | | | | Unknown |
| ACCOUNT NO. | | | Attorneys for Idaho Independent Bank | | | | |
| Hawley Troxell Ennis & Hawley LLP POB 1617 Boise, ID 83701-1617 | C | | | | | X | Notice Only |
| ACCOUNT NO. | | | Business Debt on Beaudry Motors Inc | | | | |
| Helge Peterson GlobeRiders LLC 19420 12th Ave NW Shoreline, WA 98177 | C | | | | | | 975.00 |
| ACCOUNT NO. | | | Business Debt on Beaudry Motorsports | | | | |
| Holiday Chevrolet 1009 HWY 82 West Whitesboro, TX 76273 | C | | | | | X | Unknown |
| ACCOUNT NO. | | | | | | | |
| Ian Smith 608 NW BLVD Ste 101 Coeur d Alene, ID 83814 | C | | | | | | Unknown |

Sheet no. __12__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $        975.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Stephen G. Beaudry & Stephanie J. Beaudry              ,        Case No. _____
               **Debtor**                                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Idaho Fence Company<br>POB 2853<br>Post Falls, ID 83877 | | C | Business Debt on Beaudry Motorsports | | | | 960.57 |
| ACCOUNT NO.<br>Idaho Independent Bank<br>POB 7592<br>Boise, ID 83707-1592 | | C | Consideration: Judgement and Writ CV10-2920 TOT Hawley Troxell Ennis & Hawley LLP and Witherspoon Kelley | | | | 92,255.96 |
| ACCOUNT NO.  2597<br>Idaho Transportation Dept<br>POB 34<br>Boise, ID 83731-0034 | | C | Business Debt on Beaudry Motors Inc | | | X | 2,018.16 |
| ACCOUNT NO.  1942<br>Indoff Inc<br>POB 842808<br>Kansas City, MO 64184-2808 | | C | Business Debt on Beaudry Motorsports TOT Phillip Sauer LLC | | | | 112.34 |
| ACCOUNT NO.  9895<br>IndyMac Mortgage Svc.<br>One West Bank<br>PO Box 78826<br>Phoenix, AZ 85062-8826 | | | Consideration: possible deficiencys after foreclosure | | | | 1,559,919.93 |

Sheet no. __13__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  1,655,266.96

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30S50-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Stephen G. Beaudry & Stephanie J. Beaudry           ,            Case No. _____
        **Debtor**                                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Inkwell <br> 1503 N 4th St <br> Coeur d Alene, ID 83814 | C | | Consideration: Revolving charge account <br> Business Debt on Beaudry Motorsports | | | | 140.56 |
| ACCOUNT NO. <br><br> Intermountain Security <br> 14375 Rockwood Ct <br> Rathdrum, ID 83858 | C | | Business Debt on Beaudry Motorsports | | | X | 649.00 |
| ACCOUNT NO. <br><br> Interstate Business Center Association <br> POB 1373 <br> Post Falls, ID 83877 | C | | Business Debt on Beaudry Motorsports | | | | 2,104.05 |
| ACCOUNT NO. <br><br> Jerry Carlson <br> 7736 N Government Way <br> Dalton Gardens, ID 83815 | C | | Consideration: personal loan | | | | Unknown |
| ACCOUNT NO. <br><br> Jim Ross & Associates <br> 2301 E Lamar Blvd Ste 175 <br> Arlington, TX 76006 | | | | | | | Unknown |

Sheet no. __14__ of __27__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 2,893.61

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30S50-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Stephen G. Beaudry & Stephanie J. Beaudry_____,          Case No. _____
           **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2142<br><br>Kootenai County Solid Waste<br>c/o Kootenai County Treasurer<br>POB 9000<br>Coeur d Alene, ID 83816 | | C | Business Debt on Beaudry Motorsports<br>TOT Chapman Financial Services Inc | | | | 509.20 |
| ACCOUNT NO.<br><br>KTM North America Inc<br>c/o Coface Collections North America Inc<br>POB 8510<br>Metairie, LA 70011-8510 | | C | Business Debt on Beaudry Motorsports<br>Collector for KTM North America Inc | | | X | 23,809.81 |
| ACCOUNT NO.<br><br>Lance Ragan<br>Granite Roofing<br>1525 E Edmonton<br>Post Falls, ID 83854 | | C | Business Debt on Beaudry Motorsports | | | | 4,176.00 |
| ACCOUNT NO.<br><br>LCD Expostition Services<br>POB 4487<br>Spokane, WA 99220-0487 | | C | Business Debt on Beaudry Motorsports | | | | 4,329.20 |
| ACCOUNT NO.<br><br>Lowry & Associates Inc<br>FOR Arch Insurance Group<br>967 Pioneer Road<br>Draper, UT 84020 | | C | Business debt on Beaudry Motors Inc | | | | Unknown |

Sheet no. __15__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 32,824.21

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Stephen G. Beaudry & Stephanie J. Beaudry_____,    Case No. _____
          **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2610 <br><br> Macys <br> POB 689195 <br> Des Moines, IA 50368-9195 | | | Consideration: Credit card debt | | | | 100.00 |
| ACCOUNT NO. <br><br> Matt Johnson <br> c/o Holiday Chevrolet <br> 1009 HWY 82 West <br> Whitesboro, TX 76273 | C | | Business Debt on Beaudry Motorsports | | | X | Unknown |
| ACCOUNT NO. <br><br> Matt Spilker <br> N 15209 Shady Slope Rd <br> Spokane, WA 99208 | | | Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO. <br><br> Maureen Pfeifer <br> 3754 Waldwick Circle <br> El Dorado Hill, CA 95762 | C | | | | | | Unknown |
| ACCOUNT NO. <br><br> Max Moto <br> 1365 63rd St <br> Emeryville, CA 94608 | C | | Business Debt on Beaudry Motorsports | | | | 3,221.00 |

Sheet no. __16__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                      Subtotal ► | $ | 3,321.00

                                           Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Stephen G. Beaudry & Stephanie J. Beaudry          ,          Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2726<br><br>Mercantile Adjustment Bureau LLC<br>POB 9052<br>Williamsville, NY 14231-9052 | | | | | | | Notice Only |
| ACCOUNT NO.  7501<br><br>Merchant Services<br>POB 6010<br>Hagerstown, MD 21741-6010 | C | | Consideration: chargebacks<br>Business Debt on Beaudry Motors Inc | | | | 6,797.00 |
| ACCOUNT NO.<br><br>Merchants Credit Association<br>POB 7416<br>Bellevue, WA 98008-1416 | C | | Collecting for Regence Blue Sheild of ID | | | | Notice Only |
| ACCOUNT NO.  4200<br><br>Midway Nissan<br>1800 E Polston<br>Post Falls, ID 83854 | C | | Business Debt on Beaudry Motorsports | | | | 936.13 |
| ACCOUNT NO.  2282<br><br>Mitchell K Dorfman<br>POB 3367<br>Granada Hills, CA 91394 | C | | Consideration: deficiency after Trustee's sale | | | | 135,000.00 |

Sheet no.   17   of   27   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $    142,733.13

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Stephen G. Beaudry & Stephanie J. Beaudry                ,       Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1538<br><br>MMP Company Inc<br>POB 634<br>Shawnee Mission, KS 66201 | | C | Business Debt on Beaudry Motorsports | | | | 254.42 |
| ACCOUNT NO.<br><br>Mortgage Equities<br>200 NE Pacific St Ste 100<br>Seattle, WA 98105 | | C | Consideration: possible deficiency after foreclosure | | | | 420,000.00 |
| ACCOUNT NO.<br><br>MV Agusta USA LLC<br>10 Canal St Ste 224<br>Bristol, PA 19007 | | C | Business Debt on Beaudry Motorsports | | | | 648.32 |
| ACCOUNT NO.  2647<br><br>Neiman Marcus<br>POB 5235<br>Carol Stream, IL 60197-5235 | | C | Consideration: Credit card debt | | | | 1,668.59 |
| ACCOUNT NO.  *424<br><br>Nickels Worth<br>POB 2048<br>Coeur d Alene, ID 83816-2048 | | C | Business Debt on Beaudry Motorsports | | | | 2,734.01 |

Sheet no. _18_ of _27_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►    $     425,305.34

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Stephen G. Beaudry & Stephanie J. Beaudry_____,    Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4320<br>Nordstrom<br>POB 79134<br>Phoenix, AZ 85062-9134 | C | | Consideration: Credit card debt<br>TOT Creditors Financial Group | | | | 5,047.00 |
| ACCOUNT NO.<br>North Idaho Title<br>Contract Collection Dept<br>601 E Front Ave Ste 204<br>Coeur d Alene, ID 83814 | C | | Collecting for Mitchell Dorfman | | | | Notice Only |
| ACCOUNT NO.<br>NW Business Development Association<br>9019 E Appleway Blvd Ste 200<br>Spokane Valley, WA 99212 | C | | Consideration: SBA 504 | | | X | 1,387,806.31 |
| ACCOUNT NO.<br>Ogio<br>14926 Pony Express Rd<br>Bluffdale, UT | C | | Business Debt on Beaudry Motorsports | | | | 679.03 |
| ACCOUNT NO.<br>On Call Computer & Network Sol Inc<br>John Ewers<br>4924 N Boulder Rd<br>Spokane, WA | C | | Business Debt on Beaudry Motorsports | | | | 6,564.04 |

Sheet no. __19__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 1,400,096.38

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Stephen G. Beaudry & Stephanie J. Beaudry          ,          Case No. _____

Debtor                                                                                   (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3695<br><br>OXARC<br>POB 2605<br>Spokane, WA 99220-2605 | | C | Business Debt on Beaudry Motorsports | | | | 54.92 |
| ACCOUNT NO.<br><br>Phillip Sauer LLC<br>3 Golf Rd Ste 352<br>Hoffman Estates, IL 60169 | | C | Business Debt on Beaudry Motorsports<br>Assignee of Indoff Inc | | | | Notice Only |
| ACCOUNT NO.<br><br>Pinnacle Protection Plans<br>MPP Company Inc<br>660 Griswold Rd Ste 103<br>Northville, MI 48167 | | C | Business Debt on Beaudry Motorsports | | | | 254.42 |
| ACCOUNT NO.  5132<br><br>PSN<br>POB 358<br>Sussex, WI 53089 | | C | Business Debt on Beaudry Motorsports | | | | 1,735.38 |
| ACCOUNT NO.<br><br>Purrfect Logos<br>12018 E 1st Ave<br>Spokane, WA 99206 | | C | Business Debt on Beaudry Motorsports | | | | 2,000.00 |

Sheet no.  20  of 27  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $        4,044.72

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30580-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Stephen G. Beaudry & Stephanie J. Beaudry      ,          Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Randy & Donna Bohn <br> c/o Mark Jackson PA <br> 110 E Wallace Ave <br> Coeur d Alene, ID 83814 | | C | Consideration: loan <br> Business Debt on Beaudry Motors Inc and BMS Inc | X | | X | 300,000.00 |
| ACCOUNT NO.  228* <br><br> Regence BlueShield of ID <br> POB 1106 <br> Lewiston, ID 83501-1106 | | C | Business Debt on Beaudry Motorsports <br> TOT Merchants Credit Association | | | | 919.13 |
| ACCOUNT NO. <br><br> Richs Custom Seats & Upholstery <br> 8264 NE State HWY 104 <br> Kingston, WA 98346 | | C | Business Debt on Beaudry Motorsports | | | | 945.60 |
| ACCOUNT NO. <br><br> Roadway YRC <br> POB 471 <br> Akron, OH 44309 | | C | Business Debt on Beaudry Motorsports | | | | 5,016.13 |
| ACCOUNT NO. <br><br> RPS Workcare <br> 435 E Shore Dr Ste 230 <br> Eagle, ID 83616 | | | Business Debt on Beaudry Motors Inc | | | | 2,981.00 |

Sheet no.  21  of  27  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 309,861.86

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Stephen G. Beaudry & Stephanie J. Beaudry        ,    Case No. _____
        **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7336<br><br>Saks Fifth Avenue<br>POB 60151<br>City of Industry, CA 91716-0151 | | C | Consideration: Credit card debt | | | | 3,553.05 |
| ACCOUNT NO.<br><br>Scott Petersen<br>6727 N Snowberry St<br>Coeur d Alene, ID 83815 | | C | Consideration: loan | | | | 50,000.00 |
| ACCOUNT NO.<br><br>Scott Poorman PC<br>POB 2871<br>Hayden, ID 83835 | | C | Attorney for Solid Rock Gate Supply Onc | | | X | Notice Only |
| ACCOUNT NO.  7334<br><br>Sears Credit Cards<br>PO Box 688957<br>Des Moines, IA 50368-8957 | | C | Consideration: Credit card debt | | | | 1,193.46 |
| ACCOUNT NO.<br><br>Shoshone News Press<br>401 Main St<br>Kellogg, ID 83837 | | C | Consideration: CV-2010-0564<br>Business Debt on Beaudry Motorsports | | | | 1,324.00 |

Sheet no.  22  of  27  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    56,070.51

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Stephen G. Beaudry & Stephanie J. Beaudry          ,          Case No. _____
                        **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Skinner Fawcett Law Offices<br>POB 700<br>Boise, ID 83701 | C | | Consideration: CV2011-8267<br>Attorneys for Ed Tucker Distributor Inc<br>& Ducati North America Inc | | | X | Notice Only |
| ACCOUNT NO.<br><br>SofTek Software Intl Inc<br>5815 Market St Ste 2<br>Youngstown, OH 44512 | C | | Business Debt on Beaudry Motorsports | | | | 599.00 |
| ACCOUNT NO.<br><br>Solid Rock Gate Supply Inc<br>6955 N Pleasant View Rd<br>Post Falls, ID 83854 | C | | Business Debt on Beaudry Motorsports<br>TOT Scott Poorman PC | | | X | 9,029.45 |
| ACCOUNT NO.<br><br>Spokane Valley Licensing Agency<br>9405 E Sprague Ave<br>Spokane, WA 99206 | C | | Consideration: NSF checks<br>Business Debt on Beaudry Motorsports<br>TOT AllianceOne Receivables Management Inc | | | | 472.04 |
| ACCOUNT NO.<br><br>Spokesman Review<br>POB 2160<br>Spokane, WA 99210-2160 | C | | Business Debt on Beaudry Motorsports | | | | 537.20 |

Sheet no. __23__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          10,637.69

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30S50-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Stephen G. Beaudry & Stephanie J. Beaudry          ,          Case No. _____
            **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  978*<br><br>Stamper Rubens PS<br>720 West Boone Ste 200<br>Spokane, WA 99201 | | C | Consideration: Legal Services | | | | 15,999.29 |
| ACCOUNT NO.  5669<br><br>Staples Credit Plan Citibank<br>POB 689020<br>Des Moines, IA 50368-9020 | | C | Business Debt on Beaudry Motors Inc<br>TOT Associated Recovery Systems | | | | 1,328.57 |
| ACCOUNT NO.  1079<br><br>Supermedia<br>c/o Focus Receivables Management LLC<br>POB 725069<br>Atlanta, GA 31139-2069 | | C | Business Debt on Beaudry Motorsports | | | | 3,194.80 |
| ACCOUNT NO.<br><br>Tepco Premium Finance<br>POB 19127<br>Spokane, WA 99219 | | C | Business Debt on Beaudry Motors Inc | | | | 744.68 |
| ACCOUNT NO.<br><br>Tim Kastening<br>1860 W Hayden Ave<br>Hayden, ID 83835 | | C | Business Debt on Beaudry Motorsports | | | | 2,448.36 |

Sheet no. __24__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 23,715.70

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30S50-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Stephen G. Beaudry & Stephanie J. Beaudry_____,          Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Trader Media<br>POB 3856<br>Norfolk, VA 23514-3096 | | C | Business Debt on Beaudry Motorsports | | | | 13,187.00 |
| ACCOUNT NO.  4887<br>Transworld Systems Inc<br>NCO Financial Systems Inc<br>POB 4903<br>Trenton, NJ 08650-4903 | | C | Collector for First Data Merchant Services | | | | Notice Only |
| ACCOUNT NO.  6849<br>Travelers Indemnity and Affiliates<br>POB 59059<br>Knoxville, TN 37950-9059 | | C | | | | | 98.60 |
| ACCOUNT NO.  8720<br>TW Telecom<br>POB 172567<br>Denver, CO 80217-2567 | | C | Business Debt on Beaudry Motorsports | | | | 2,118.78 |
| ACCOUNT NO.<br>United Floor Covering<br>1329 N Ash<br>Spokane, WA 99201 | | C | Business Debt on Beaudry Motorsports | | | | 2,128.83 |

Sheet no. __25__ of __27__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $        17,533.21

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Stephen G. Beaudry & Stephanie J. Beaudry   ,          Case No. _____
                  **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Valley Empire Collection<br>11707 E Montgomery<br>Spokane Valley, WA 99206 | | C | Collector for Avista | | | | Notice Only |
| ACCOUNT NO.<br><br>Vanguard Cleaning Systems of the Inland NW<br>920 N Argonne Rd Ste 129<br>Spokane Valley, WA 99212 | | C | Business Debt on Beaudry Motorsports | | | | 245.00 |
| ACCOUNT NO.<br><br>Vanson Leathers<br>951 Broadway<br>Fall River, MA 02724 | | C | Business Debt on Beaudry Motorsports | | | | 297.42 |
| ACCOUNT NO.<br><br>Wells Fargo Bank NA<br>c/o Perry Law PC<br>2627 W Idaho St<br>Boise, ID 83702 | | C | Consideration: Judgement SBA Loan deficiency CV 10-7928<br>Attorneys for Wells Fargo Bank NA | | | X | 2,800,000.00 |
| ACCOUNT NO.  4408<br><br>Wells Fargo Business Custom Capital<br>POB 348750<br>Sacramento, CA 95834 | | C | Consideration: LOC<br>Business Debt on Beaudry Motors Inc | | | X | 45,400.00 |

Sheet no. __26__ of __27__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► | $ | 2,845,942.42

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Stephen G. Beaudry & Stephanie J. Beaudry ,   Case No. _____
         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Wells St John <br> 601 W 1st Ave Ste 1300 <br> Spokane, WA 99201 | C | | | | | | Unknown |
| ACCOUNT NO. <br><br> Witherspoon Kelley <br> 422 W Riverside Ave Ste 1100 <br> Spokane, WA 99201-0300 | | | Attorneys for Idaho Independent Bank | | | X | Notice Only |
| ACCOUNT NO.  1527 <br><br> WorkCare NW Inc <br> POB 2474 <br> Eagle, ID 83616 | C | | Business Debt on Beaudry Motors Inc | | | | 2,981.00 |
| ACCOUNT NO. <br><br> World Vehicles Inc <br> POB 2601 <br> Pasco, WA 99301 | C | | | | | X | Unknown |
| ACCOUNT NO. <br><br> XO Communications <br> 1330 N Washington St Ste 5000 <br> Spokane, WA 99201 | C | | Business Debt on Beaudry Motors Inc | | | | 13,142.55 |

Sheet no. 27 of 27 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 16,123.55

Total ► | $ | 7,482,417.67

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

**B6G (Official Form 6G) (12/07)**

In re <u>Stephen G. Beaudry & Stephanie J. Beaudry</u>    Case No. <u>               </u>

              **Debtor**                                                  **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

       Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Mike Sperle<br>c/o Tom Baker, CPA<br>8251 N Cornerstone Drive<br>Hayden, ID 83835 | Lease of residence<br>1360 Bruin Loop<br>Hayden, ID 83835 |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

**B6H (Official Form 6H) (12/07)**

In re   Stephen G. Beaudry & Stephanie J. Beaudry                          Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re ___Stephen G. Beaudry & Stephanie J. Beaudry_____     Case _____
     **Debtor**               **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:   Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): No dependents | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | unemployed | unemployed |
| Name of Employer | | self |
| How long employed | | |
| Address of Employer | | |
| | | |

INCOME: (Estimate of average or projected monthly income at time case filed)      DEBTOR   SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 0.00 |
| 2.  Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3.  SUBTOTAL | $ 0.00 | $ 0.00 |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|  a.  Payroll taxes and social security | $ 0.00 | $ 0.00 |
|  b.  Insurance | $ 0.00 | $ 0.00 |
|  c.  Union Dues | $ 0.00 | $ 0.00 |
|  d.  Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6..  TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7.  Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8.  Income from real property | $ 0.00 | $ 0.00 |
| 9.  Interest and dividends | $ 0.00 | $ 0.00 |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11.  Social security or other government assistance ( Specify) (D)Unemployment Insurance  (S)Unemployment Insurance | $ 1,372.00 | $ 1,000.00 |
| 12.  Pension or retirement income | $ 0.00 | $ 0.00 |
| 13.  Other monthly income _____ (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,372.00 | $ 1,000.00 |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 1,372.00 | $ 1,000.00 |
| 16.  COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 2,372.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

   Unemployment is being disputed _____

_____

_____

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

In re  Stephen G. Beaudry & Stephanie J. Beaudry _____    Case No. _____
_____**Debtor**_____                                                    **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,500.00 |
| a. Are real estate taxes included?  Yes _____  No ✓ | |
| b. Is property insurance included?  Yes _____  No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | $ 350.00 |
| b. Water and sewer | $ 152.00 |
| c. Telephone | $ 240.00 |
| d. Other  cable | $ 120.00 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 1,000.00 |
| 5. Clothing | $ 150.00 |
| 6. Laundry and dry cleaning | $ 30.00 |
| 7. Medical and dental expenses | $ 250.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10.Charitable contributions | $ 40.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 60.00 |
| b. Life | $ 225.00 |
| c. Health | $ 658.00 |
| d.Auto | $ 279.00 |
| e. Other_____ | $ 0.00 |
| 12.Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 1,049.00 |
| b. Other __personal property taxes__ | $ 100.00 |
| c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other_____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 7,603.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    None
    _____
    _____
    _____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I(Includes spouse income of $1,000.00. See Schedule I) | $ 2,372.00 |
| b. Average monthly expenses from Line 18 above | $ 7,603.00 |
| c. Monthly net income (a. minus b.)    (Net includes Debtor/Spouse combined Amounts) | $ -5,231.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## FOR THE DISTRICT OF IDAHO

In re ___Stephen G. Beaudry & Stephanie J. Beaudry___     Case No. _____

Debtor                      Chapter ___7___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 4 | $ 1,257,829.03 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 25,397.37 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 126,949.90 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 28 | | $ 7,482,417.67 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,372.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 7,603.00 |
| TOTAL | | 44 | $ 1,257,829.03 | $ 7,634,764.94 | |

*Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF*

# United States Bankruptcy Court
## FOR THE DISTRICT OF IDAHO

In re  Stephen G. Beaudry & Stephanie J. Beaudry

Debtor

Case No. _____

Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

**B6 (Official Form 6 - Declaration) (12/07)**

Stephen G. Beaudry & Stephanie J. Beaudry

In re _____     Case No. _____
                                    **Debtor**                                                                                **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____46____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  05/23/2012  _____     Signature:  /s/ Stephen G. Beaudry _____
                                                                                                              **Debtor**

Date  05/23/2012  _____     Signature:  /s/ Stephanie J. Beaudry _____
                                                                                                      **(Joint Debtor, if any)**

**[If joint case, both spouses must sign.]**

------------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any,                                     Social Security No.
of Bankruptcy Petition Preparer                                                    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____                    _____
   Signature of Bankruptcy Petition Preparer                                             Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____                    Signature: _____

                                                                                         _____
                                                                                         **[Print or type name of individual signing on behalf of debtor.]**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

In Re  Stephen G. Beaudry & Stephanie J. Beaudry                          Case No. _____
                                                                                     (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

─────────────────────────────

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|                | AMOUNT      | SOURCE                   |
|----------------|-------------|--------------------------|
| 2012(db)       |             |                          |
| 2011(db)       | 39,513.00   | Includes spouse's gross  |
| 2010(db)       | 109,306.00  | Includes spouse's gross  |
|                |             |                          |
| 2012(jdb)      | 0           |                          |
| 2011(jdb)      |             | see spouse               |
| 2010(jdb)      |             | see spouse               |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

**2. Income other than from employment or operation of business**

None

☐  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2012 (db) | 4,116.00 | Unemployment Insurance |
| 2011(db) | 3,696.00 | Unemployment Insurance |
| 2012(jdb) | 3,000.00 | Unemployment Insurance |
| 2011(jdb) | 2,530.00 | Unemployment Insurance |

**3. Payments to creditors**

None

☒  *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Mike Sperle | Every month for rent payment | 2,500.00 | |
| Macys POB 689195 Des Moines, IA 50368-9195 | monthly | 25.00 | 100.00 |
| Stephen B McCrea | 3/02/12, 3/30/12, 04/05/12 | 4,306.00 total | 0 |
| Jamie Duman CPA | various dates during 2011-2012 | *- 4,000.00 | 0 |

None

☒

    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Ed Tucker Distributor Inc vs Beaudry Motors Inc etal C2011-8267 | Collections | Kootenai County Dist Court State of Idaho | pending |
| Wells Fargo Bank NA vs. Beaudry Motors Inc etal CV-2011-1641 | Collections | Kootenai County Dist Court State of Idaho | Porperty Judgement |
| Randall Bohn etal vs. Stephen G Beaudry etal | collections | Kootenai County Dist Court State of Idaho | pending |
| Wells Fargo Bank NA vs. Beaudry Motors Inc etal CV-2010-7928 | Collections | Kootenai County Dist Court State of Idaho | Default judgement $377,900.71 |
| Idaho Independent Bank vs. Stephen Beaudry etal CV-2010-2920 | Collections | Kootenai County Dist Court State of Idaho | Judgement $90,654.45 |
| Ducati North America vs. Beaudry Motors Inc etal CV-2009-10121 | Collections | Kootenai County Dist Court State of Idaho | Judgement $41,288.73 |
| Solid Rock Gate Supply Inc vs. Beaudry Motors Inc CV2012-1975 | Collections | Kootenai County Dist Court State of Idaho | pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Defender Motors, LLC and Defender Supply LLC vs. Stephen G. and Stephanie Beaudry and Beaudry Motors, Inc. N0. 236-255898-11 | Collections | Texas | pending |

None ☐    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Idaho Independent Bank POB 7592 Boise, ID 83707-1592 | Sept 2011 | $1,200.00 from Debtors Mt West Bank Account |

**5.    Repossessions, foreclosures and returns**

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.    Assignments and Receiverships**

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

None ☒ b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.    Gifts**

None ☐    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Union Gospel Mission | none | monthly | $40.00 |
| Joyce Meyers Ministries | none | 2011 | $300.00 |

**8.    Losses**

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Stephen B McCrea PO Box 1501 Coeur d'Alene, ID  83816 | March 2012 | $4,306.00 includes filing fee |
| Incharge Debt Solutions | 03/07/2012 | $35.00 |

**10.  Other transfers**

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial
☐           affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
           commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
           either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
           is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Bob Eboy<br> Relationship: none | January 2011 | Furniture, TV, appliances and sound system<br>$40,000.00 |
| Enforcement Motors Inc<br> Relationship: none | October 2011 | Potential IP<br>$9,200.00 |
| Jamie Duman<br> Relationship: Accountant | 2011-2012 | +- $4,000.00 for accounting services |
| NW Business Development Association<br>9019 E Appleway Blvd Ste 200<br>Spokane Valley, WA 99212<br> Relationship: none | Dec 2011 | $7,200.00 |
| Bank of America<br>POB 301200<br>Los Angeles, CA 90030-1200<br> Relationship: none | 2011 | $2,500 |
| Neiman Marcus<br>POB 5235<br>Carol Stream, IL 60197-5235<br> Relationship: none | 2011 | $900.00 |
| Stephen B McCrea<br> Relationship: attorney | Dec 2010 - June 2011 | $24,510.00 for attorney's fees for case number CV-11-836; representation terminated Jan 2012. |
| Wells St John<br>601 W 1st Ave Ste 1300<br>Spokane, WA 99201<br><br> Relationship: Attorneys | 12/13/11, 01/18/12, 02/18/12, 03/18/12 | $7,550.00 |
| Jim Ross & Associates<br>2301 E Lamar Blvd Ste 175<br>Arlington, TX 76006<br> Relationship: Attorneys | 11/18/2011 | $10,000.00 for Attorney's fees |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Mike Sperle<br>c/o Tom Baker, CPA<br>8251 N Cornerstone Drive<br>Hayden, ID 83835<br> Relationship: landlord | August 2011 | $22,000 for option to purchase (verbal agreement - no written agreement) |
| Mike Sperle<br>c/o Tom Baker, CPA<br>8251 N Cornerstone Drive<br>Hayden, ID 83835<br> Relationship: landlord | Monthly<br>8/11,10/11-5/12 | A total of $22,500 paid ($2500 per month) towards option to purchase. |

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Bank of America | Beaudry Motors Inc Business Checking Acct *2317<br> Closing Balance: 0 | April 2012 |
| Bank of America | Beaudry Motors Inc Business Checking Acct *7003<br> Closing Balance: 0 | April 2012 |
| Mt. West Bank | Beaudry Motors Inc Business Checking Acct *1969<br> Closing Balance: 0 | April 2012 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

**12.  Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.     (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Mike Sperle | Furniture, appliances, art and household goods | furnishings of rental property (debtors residence) |

**15.  Prior address of debtor**

None
☐

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1446 Bruin Loop Hayden, ID 83835 | | 07/2010 - 04/2011 |
| 1330 Bruin Loop Hayden, ID 83835 | | 2006 - 07/2010 |

**16. Spouses and Former Spouses**

None 

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None 

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None 

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None 

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Beaudry Motors Inc dba Beaudry Motorsports | 82-0289604 | | sales and service | 1968 - present |
| BMS Inc dba Kawasaki Police Authority Sales | 65-1259789 | | sales and service | 2005 - present |
| Xact Interiors | *6240 | | interior design | May 2006 - present |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None    a.     List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐    bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Jamie Duman PC<br>8245 N Cornerstone Dr<br>Hayden, ID 83835 | 2009 - present |

None    b.     List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☒    case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None    c.     List all firms or individuals who at the time of the commencement of this case were in possession of the
☐    books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Randy Bohn | |

None    d.     List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☐    a financial statement was issued within the two years immediately preceding the commencement of this case by
   the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Wells Fargo/SBA | 2011 |

**20.  Inventories**

None    a.     List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒    taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None    b.      List the name and address of the person having possession of the records of each of the two inventories
☒               reported in a., above.

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF
                                                            INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None    a.      If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS              NATURE OF INTEREST                PERCENTAGE OF INTEREST

None    b.      If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☒               directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                          TITLE                       NATURE AND PERCENTAGE OF
                                                                              STOCK OWNERSHIP

**22. Former partners, officers, directors and shareholders**

None    a.      If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒               immediately preceding the commencement of this case.

NAME                              ADDRESS                      DATE OF WITHDRAWAL

None    b.      If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☒               terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                       DATE OF TERMINATION

**23.   Withdrawals from a partnership or distribution by a corporation**

None            If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an
☒               insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
                perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS OF                  DATE AND PURPOSE                  AMOUNT OF MONEY OR
RECIPIENT, RELATIONSHIP                OF WITHDRAWAL                      DESCRIPTION AND
TO DEBTOR                                                                      VALUE OF PROPERTY

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

**24.  Tax Consolidation Group**

None

☒

      If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION         TAXPAYER IDENTIFICATION NUMBER (EIN)

**25.  Pension Funds**

None

☒

      If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND         TAXPAYER IDENTIFICATION NUMBER (EIN)

\*    \*    \*    \*    \*    \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  05/23/2012         Signature     /s/ Stephen G. Beaudry
                of Debtor     STEPHEN G. BEAUDRY

Date  05/23/2012         Signature     /s/ Stephanie J. Beaudry
                of Joint Debtor    STEPHANIE J. BEAUDRY

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

<u>   0   </u> continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

Stephen G. Beaudry & Stephanie J. Beaudry

In re _____ ,    Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

---

Property No.  1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Wells Fargo Equipment Finance<br>1540 West Fountainhead Pkwy<br>Tempe, AZ 85282 | 2008 Ford Expedition |

Property will be *(check one)*:

☐ Surrendered　　　　　　　　☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☑ Claimed as exempt　　　　　　　　☐ Not claimed as exempt

---

Property No. 2  *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Les Schwab<br>POB 1238<br>Priest River, ID 83856 | Tires |

Property will be *(check one)*:

☐ Surrendered　　　　　　　　☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt　　　　　　　　☑ Not claimed as exempt

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF

B8 (Official Form 8) (12/08) Page 2

**PART B** - Personal property subject to unexpired leases. *(All three columns of Part B must be completed for Each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1    NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES      ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES      ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES      ☐ NO |

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: _05/23/2012_____

/s/ Stephen G. Beaudry
_____
Signature of Debtor

/s/ Stephanie J. Beaudry
_____
Signature of Joint Debtor

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-775 - 30550-301X-05010 - Adobe PDF